JSL



# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

PEGGY MAYS, ET AL.                           CIVIL ACTION

VERSUS

CHEVRON PIPE LINE CO.,          NO.: 14-03098-BAJ-CBW
ET AL.

## JURY VERDICT FORM

1. Have Plaintiffs proved, by a preponderance of the evidence, that there is a substantial nexus—that is, a significant causal link—between James Mays's death and Defendant Chevron Pipe Line Company's operations conducted on the outer Continental Shelf for the purpose of extracting or transporting natural resources by pipeline from the outer Continental Shelf?



YES ✓     NO ____

~~If you answered "No," skip to page six, sign and date the form, and notify~~ *the security officer.*

*If you answered "Yes," proceed to question two.*

1

2. Have Plaintiffs proved, by a preponderance of the evidence, that Defendant Chevron Pipe Line Company was negligent *and* that Defendant Chevron Pipe Line Company's negligence caused James Mays's death?

YES __✓__   NO _____

*If you answered "Yes," to question two, proceed to question three.*

*If you answered "No," to question two, skip to page six, sign and date the form, and notify the security officer.*

3. Has Defendant Chevron Pipe Line Company proved, by a preponderance of the evidence, that James Mays was himself negligent and that James Mays's negligence caused James Mays's death?

YES __✓__   NO _____

*Proceed to question four.*

4.  Has Defendant Chevron Pipe Line Company proved, by a preponderance of the evidence, that Furmanite America, Inc. was negligent and that Furmanite America, Inc.'s negligence caused James Mays's death?

      YES \_\_\_\_    NO ✓

*Proceed to question five.*

5.  Has Defendant Chevron Pipe Line Company proved, by a preponderance of the evidence, that Acadian Contractors, Inc. was negligent and that Acadian Contractors, Inc.'s negligence caused James Mays's death?

      YES \_\_\_\_    NO ✓

*Proceed to question six.*

6. Indicate in the spaces below the percentage fault (0% to 100%) for James Mays's death that you assign to the following:

Defendant Chevron Pipe Line Company    __70__%

James Mays                             __30__%

Furmanite America, Inc.                __0__%

Acadian Contractors, Inc.              __0__%

**MUST EQUAL 100%**

*Proceed to question seven.*

7. Indicate in dollar amounts in the spaces below what damages, if any, Plaintiffs have proved by a preponderance of the evidence.

Funeral Expenses $ 12,549.79

Loss of Support of Peggy Mays $ 630,000.00

Loss of Love, Affection, and Consortium of Peggy Mays $ 2,000,000.00

Loss of Love and Affection of Daphne Lanclos $ 100,000.00

Loss of Love and Affection of Brent Mays $ 100,000.00

Loss of Love and Affection of Jared Mays $ 100,000.00

TOTAL: $ 2,942,549.79

*Proceed to page six, sign and date the form, and notify the security officer.*

DATE AND SIGN THIS FORM AND NOTIFY THE COURTROOM SECURITY OFFICER THAT YOU HAVE REACHED A VERDICT.

LAFAYETTE, LOUISIANA, this __1st__ day of February, 2019.

SO SAY WE ALL,

_____
JURY FOREPERSON