UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEGGY MAYS ET AL. | CIVIL ACTION |
| VERSUS | |
| CHEVRON PIPE LINE CO. ET AL. | NO.: 14-03098-BAJ-CBW |

## FINAL JUDGMENT

Considering the executed jury verdict form, and in accordance with Federal Rule of Civil Procedure 58,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered against Defendant Chevron Pipe Line Company and in favor of Plaintiffs in the amount of $ 2,059,784.85.

Baton Rouge, Louisiana, this 8th day of February, 2019.

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**