**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PEGGY MAYS ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **CHEVRON PIPE LINE CO. ET AL.** | **NO.: 14-3098-BAJ-CBW** |

# AMENDED FINAL JUDGMENT

Considering the executed Jury Verdict Form (Doc. 222), the Ruling and Order (Doc. 251) on Defendant Chevron Pipe Line Company's post-trial motions, and Plaintiffs' Notice of Acceptance of Remittitur (Doc. 252), and in accordance with Federal Rules of Civil Procedure 58 and 59,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered against Defendant Chevron Pipe Line Company and in favor of Plaintiffs in the amount of $2,059,257.31, plus pre-judgment interest in the amount of $48,212.18, post-judgment interest in accordance with 28 U.S.C. § 1961, and costs taxable under 28 U.S.C. § 1920. This Amended Final Judgment supersedes the Final Judgment entered on February 8, 2019.

Baton Rouge, Louisiana, this 21st day of June, 2019.

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**